UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANGELA BRONSON AND PAUL HINZMAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>ADVANCED HOME TECHNOLOGIES, INC. D/B/A AHT WISCONSIN WINDOWS,<br><br>    Defendant. | Case No. 3:21-cv-00247 |

**STIPULATION OF DISMISSAL**

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. No certified class presently exists in this case and no class is impacted by this dismissal. Therefore, Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

    PLAINTIFF,

    By their attorneys,

    */s/ Anthony Paronich*
    Anthony Paronich
    Email: anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone: (617) 485-0018
    Facsimile: (508) 318-8100

    Samuel J. Strauss, SBN 1113942
    Raina C. Borrelli, *pro hac vice*
    TURKE & STRAUSS LLP
    613 Williamson Street #201
    Madison, WI

>Telephone: (608) 237-1775
>Fax: (608) 509-4423
>sam@turkestrauss.com
>raina@turkestrauss.com
>
>Counsel for Plaintiff
>
>
>von BRIESEN & ROPER, s.c.
>
>By:   *Electronically signed by Atty. Kelly J. Noyes*
>Kelly J. Noyes SBN 1064809
>411 East Wisconsin Avenue, Suite 1000
>Milwaukee, WI 53202
>Noyes Phone: (414) 287-1522
>Noyes Fax: (414) 238-6603
>kelly.noyes@vonbriesen.com
>
>*Attorney for Defendant Advanced Home Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 21, 22, I electronically served the foregoing through the Court's CM/ECF System, which send the same to counsel of record for the Defendant.

*/S/ Anthony I. Paronich*